UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMER HAMADEH AND ALISON HARMELIN,

Plaintiffs,

-against-

CENLAR FSB.,

Defendant.

25 CIVIL 5401 (PKC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 15, 2026, the Court declines to exercise supplemental jurisdiction over Count Three. Judgment entered for the defendant dismissing Count One and Count Two with prejudice, dismissing Count Three without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**